IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-cr-45-KDB |
| | ) | |
| | ) | **BILL OF INFORMATION** |
| v. | ) | |
| | ) | Violations: 21 U.S.C. § 841(a)(1) |
| | ) | |
| | ) | |
| JUNIOR DAVID DIAZ-JIMENEZ | ) | |
| _____ | ) | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Heroin and Fentanyl)*

On or about September 6, 2023, in Union County, within the Western District of North Carolina, the defendant,

**JUNIOR DAVID DIAZ-JIMENEZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, which violation involved: (i) a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and (ii) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

**Quantity of Fentanyl Involved**

With respect to defendant **JUNIOR DAVID DIAZ-JIMENEZ,** the offense charged in Count One involved four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"). Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

**Quantity of Heroin Involved**

With respect to defendant **JUNIOR DAVID DIAZ-JIMENEZ,** the offense charged in Count One involved one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 21 U.S.C. §853. The defendant has or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with §853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of information;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) or (b).

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Will Wiseman*
WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY