Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

| | | |
|---|---|---|
| **CASE SEALED:** ○ YES ● NO | **DOCKET NUMBER:** | 3:25-cr-45-KDB |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| Field | Value |
|---|---|
| **CASE NAME** | :US vs Junior David Diaz-Jimenez |
| **COUNTY OF OFFENSE** | UNION |
| **RELATED CASE INFORMATION** | 3:24-cr-231 |
| *Magistrate Judge Case Number* | |
| *Search Warrant Case Number* | |
| *Miscellaneous Case Number* | |
| *Rule 20b* | |
| **SERVICE OF PROCESS** | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty ○ Misdemeanor ● Felony

21 USC 841(a)(1)

**JUVENILE:** ○ Yes ● No

| Field | Value |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | Will Wiseman |
| **VICTIM/WITNESS COORDINATORS:** | N/A |
| **INTERPRETER NEEDED** | No |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | Rob Heroy has been appointed via target letter. |